**Electronically Filed
Supreme Court
SCWC-16-0000433
12-MAR-2019
08:17 AM**

SCWC-16-0000433

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HOKU LELE, LLC, a Hawai'i limited liability
company; DONN EISELE, Petitioners/Plaintiffs-Appellants,

vs.

CITY AND COUNTY OF HONOLULU, a Hawai'i municipal
corporation, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000433; CIV. NO. 10-1-1448)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants Hoku Lele, LLC, and

Donn Eisele's application for writ of certiorari filed on

January 14, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, March 12, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson